UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES--GENERAL

Case No. **5:25-cv-02025-DTB**                              Date: **September 9, 2025**

Title: **Deborah Lynn Teplitzky v. Costco Wholesale Corporation, et al.**

==================================================================

**DOCKET ENTRY**

==================================================================

PRESENT:

**HON. DAVID T. BRISTOW, MAGISTRATE JUDGE**

| Rachel Maurice | n/a |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:         ATTORNEYS PRESENT FOR DEFENDANT(S):
None present                                                              None present

**PROCEEDINGS: (IN CHAMBERS) ORDER REGARDING PLAINTIFF'S MOTION TO REMAND [DOCKET NO. 11]**

Plaintiff has filed a Motion to Remand ("Motion"). (Docket No. 11). Plaintiff set the hearing on the Motion for October 9, 2025. The Court finds that the matters raised by the Motion are capable of resolution without a hearing and hereby takes the October 9, 2025, hearing OFF CALENDAR. Fed.R.Civ.P. 78(b), Central District of California Local Rule 7-15. No appearance by any party is required unless otherwise ordered by the Court.

The Court sets the following briefing schedule on the Motion: Defendants shall file an Opposition[1] on or before **October 2, 2025** and Plaintiff shall file an optional Reply within 14 days of Defendants' filing. Thereafter, the Court will take the matter under submission without further briefing or argument.

**IT IS SO ORDERED**.

---

[1] Defendants are advised that pursuant to Central District of California Local Rule 7-12 - *Failure to File Required Documents* - the Court may decline to consider any memorandum or other document not filed within the deadline set by order or local rule. The failure to file any required document, or the failure to file it within the deadline, may be deemed consent to the granting or denial of the motion.

MINUTES FORM 11                                                                 Initials of Deputy Clerk  RAM
CIVIL-GEN